# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID WALTER MICHEL,

    Petitioner,                            Case No. 2:12-CV-00945-GMN-(CWH)

vs.                                          **ORDER**

BRIAN E. WILLIAMS, SR., et al.,

    Respondents.

       Petitioner has submitted an application to proceed in forma pauperis (#5). The court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

       IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#5) is **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

       IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

       DATED: July 12, 2012.

                                                                GLORIA M. NAVARRO
                                                                United States District Judge